No. 191. SOUTHERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* MARY L. BEACH, ADMINISTRATRIX, ETC. In error

to the Supreme Court of the State of North Carolina. Submitted March 18, 1904. Decided March 21, 1904. *Per Curiam.* Judgment reversed with costs, on the authority of *Southern Railway Company* v. *Allison,* 190 U. S. 326, and cause remanded for further proceedings. *Mr. F. H. Busbee, Mr. W. A. Henderson* and *Mr. Charles Price* for plaintiff in error. No appearance for defendant in error.